**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| DAVID D. DENTON,<br><br>    Plaintiff,<br><br>        v.<br><br>JPMORGAN CHASE & CO. *et al.*,<br><br>    Defendants. | Civil Case No. 4:19-cv-00114-MSD-DEM |

**DECLARATION OF COLLEEN SMITH IN SUPPORT OF
DEFENDANTS JPMORGAN CHASE & CO. AND JPMORGAN CHASE BANK, N.A.'S
OPPOSITION TO PLAINTIFF'S MOTION TO DENY OR CONTINUE CHASE'S
MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(D)**

I, Colleen Smith, declare as follows:

1.     I am an associate at the law firm Covington & Burling LLP.  I represent Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. ("Chase") in the above captioned case.  I make this declaration based on my own knowledge.  I am competent to testify about the matters stated herein, and if called to do so I would testify freely and competently thereto.

2.     Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's First Request for Production of Documents to JPMorgan Chase & Co., and Chase Bank USA, N.A.  I received this document via email from Plaintiff's counsel, Susan Rotkis, on Friday, February 7, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

- 2 -

Executed on February 14, 2020 in Washington, DC.

*/s/ Colleen Smith*
Colleen Smith
